ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	rgrandgenett@littler.com
Email:	kbranson@littler.com

Attorneys for Defendant
AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN
CALIFORNIA, NEVADA & UTAH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABRAHAM LUBLIN,<br><br>             Plaintiff,<br><br>vs.<br><br>AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, a California non-profit corporation,<br><br>             Defendant. | Case No. : 2:17-cv-00021-GMN-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff Abraham Lublin ("Plaintiff") and Defendant American Automobile Association of Northern California, Nevada & Utah ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree that Defendant has an additional seven (7) days to answer or otherwise respond to Plaintiff's First Amended Complaint. Defendant was served with a copy of the Summons and First Amended Complaint on December 13, 2016.  Defendant removed this matter from the District Court of Nevada on January 3, 2017. Defendant's response is currently due on January 10, 2017.  The parties are in discussion as to whether this matter is subject to private arbitration and the additional time is needed to complete these discussions.

If the requested extension is granted, Defendant will file its response on or before January 17,

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2017.  This is the first request for an extension made by the parties and the parties make this request in good faith and not for the purpose of delay.

      IT IS SO STIPULATED.

Dated:  January 10, 2017.

Respectfully submitted,

/s/ Robert P. Spretnak, Esq.
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
ABRAHAM LUBLIN

Dated:  January 10, 2017.

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
ROGER L. GRANDGENETT, II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE
Dated this 13th day of January, 2017.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.