✣AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Nevada _____

| ABRAHAM LUBLIN | CONSENT ORDER GRANTING |
| Plaintiff(s). | SUBSTITUTION OF ATTORNEY |
| V. | |
| AAA OF NORTH. CAL., NEVADA & UTAH | CASE NUMBER: 2:17-cv-00021-GMN-PAL |
| Defendant(s). | |

Notice is hereby given that, subject to approval by the court, __Abraham Lublin__ substitutes
(Party (s) Name)

__Michael P. Balaban, Esq.__ , State Bar No. __9370__ as counsel of record in
(Name of New Attorney)

place of __Robert P. Spretnak, Esq.__ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Law Offices of Michael P. Balaban
Address:         10726 Del Rudini Street, Las Vegas, Nevada 89141
Telephone:       (702) 586-2964            Facsimile (702) 586-3023
E-Mail (Optional): mbalaban@balaban-law.com

I consent to the above substitution.
Date: 3/2/2017

_____
(Signature of Party(s))

I consent to being substituted.
Date: 03/01/2017

_____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/1/2017

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 6, 2017

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]