UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ABRAHAM LUBLIN,<br><br>                    Plaintiff,<br>     v.<br>AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH,<br><br>                    Defendant. | Case No. 2:17-cv-0021-GMN-PAL<br><br>ORDER<br><br>(Stip Ext Time – ECF No. 42) |

Before the court is the parties' Stipulation and Order to Extend Discovery Deadlines (First Request) (ECF No. 42). Having reviewed and considered the matter, the court is not satisfied that the parties have been sufficiently diligent in attempting to comply with the discovery plan and scheduling order deadlines, or that the parties have shown good cause for a 90-day extension. Defendant's written discovery requests were first served December 22, 2017 despite an April 2. 2018 discovery cutoff. It appears that the only discovery the plaintiff has engaged in is to serve initial disclosures. The remaining discovery described includes the need for plaintiff to issue written discovery. Defendant needs to receive response from third party subpoena for medical records and "notice depositions and take depositions and conduct additional third-party discovery." Neither side says how many depositions need to be noticed, or provides the identities of the deponents.

Uber these circumstances, the court finds the parties have not shown good cause for a 90-day extension or due diligence in attempting to complete discovery within the time allowed by the discovery plan and scheduling order. The court will grant a 30-day extension, and absent a strong showing of good cause and due diligence, i.e., a showing that the parties could not complete discovery within the extended time allowed, no further extensions will be granted.

1

**IT IS ORDERED** that the parties' Stipulation and Order to Extend Discovery Deadlines (First Request) (ECF No. 42) is **DENIED**. A 30-day extension is granted and the following deadlines shall apply:

1. Last date to complete discovery: **May 2, 2018**
2. Last date to file dispositive motions: **June 1, 2018**
3. Last date to file joint pretrial order: **July 2, 2018.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.
4. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.
5. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. Absent a strong showing of good cause and that the parties could not complete discovery within the extended time allowed, no further extensions will be granted.

DATED this 12th day of March, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE