ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:      702.862.8811
Email:        rgrandgenett@littler.com
Email:        kbranson@littler.com

Attorneys for Defendant
AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN
CALIFORNIA, NEVADA & UTAH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABRAHAM LUBLIN,<br><br>             Plaintiff,<br><br>vs.<br><br>AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, a California non-profit corporation,<br><br>             Defendant. | Case No. : 2:17-cv-00021-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Plaintiff, ABRAHAM LUBLIN ("Plaintiff") and Defendant AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to an extension of the deadline for Plaintiff to file a response in opposition to Defendant's Motion for Summary Judgment and Defendant's reply thereto.  The parties stipulate that the deadline for Plaintiff's Opposition will be

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

**September 7, 2018** and Defendant's Reply will be due on **September 28, 2018**. The parties so stipulate based on their counsel's respective, conflicting travel schedules. This stipulation is made in good faith and not for purposes of delay.

Dated: August 20, 2018

Respectfully submitted,

*/s/ Michael P. Balaban, Esq.*
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorney for Plaintiff
ABRAHAM LUBLIN

Dated: August 20, 2018

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERICAN AUTOMOBILE
ASSOCIATION OF NORTHERN
CALIFORNIA, NEVADA & UTAH

**IT IS SO ORDERED.**

Dated this __21__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.