ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABRAHAM LUBLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, a California non-profit corporation,<br><br>    Defendant. | Case No. : 2:17-cv-00021-GMN-PAL<br><br>**STIPULATION AND ORDER TO STAY/EXTEND BRIEFING OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**SECOND REQUEST** |

Plaintiff, ABRAHAM LUBLIN ("Plaintiff") and Defendant AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to stay the deadline for Plaintiff to file a response in opposition to Defendant's Motion for Summary Judgment through and including December 26, 2018, with Defendant's reply to be due January 16, 2019.

Defendant filed its Motion for Summary Judgment on August 1, 2018 **(ECF No. 48)**. On August 21, 2018 this Court granted an extension for Plaintiff to file his opposition to September 7, 2018 and Defendant its reply on September 28, 2018 **(ECF No. 50)**. On August 22, 2018 an Order was entered referring the above-referenced matter to Magistrate Peggy Leen for a Settlement

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Conference. **(ECF No. 51.)** On August 28, 2018, an Order was issued by Magistrate Judge Peggy Leen scheduling a settlement conference for December 5, 2018 at 9:30 a.m. **(ECF No. 52.)**

 In an effort to preserve the significant costs and fees associated with fully briefing a summary judgment motion prior to the settlement conference, the parties have agreed to stay the briefing until such time as the settlement conference has concluded. If the matter does not settle, the parties have agreed to submit the remaining briefing as set forth above. Accordingly, the parties have made the required showing to support their joint request to stay this matter until the outcome of the settlement conference. This stipulation is made in good faith and not for purposes of delay.

Dated: August 31, 2018

Respectfully submitted,

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorney for Plaintiff
ABRAHAM LUBLIN

Dated: August 31, 2018

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERICAN AUTOMOBILE
ASSOCIATION OF NORTHERN
CALIFORNIA, NEVADA & UTAH

**IT IS SO ORDERED.**

Dated this __4__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Firmwide:156727814.1 075430.1013

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.