ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN
CALIFORNIA, NEVADA & UTAH

MICHAEL P. BALABAN, ESQ., Bar #9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
Telephone: 702.586.2964
Fax No.: 702.586.3023
Email: mbalaban@balaban-law.com

Attorneys for Plaintiff
ABRAHAM LUBLIN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABRAHAM LUBLIN, | Case No. : 2:17-cv-00021-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, a California non-profit corporation, | |
| Defendant. | |

Defendant AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH ("Defendant") and Plaintiff, ABRAHAM LUBLIN ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

entirety, with prejudice, with each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and that neither party will seek any attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

Dated: January 8, 2019

Respectfully submitted,

*/s/ Michael P. Balaban, Esq.*
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorney for Plaintiff
ABRAHAM LUBLIN

Dated: January 8, 2019

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH

**IT IS SO ORDERED.**

Dated this __8__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800